UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE L. HARRIS,<br><br>                Plaintiff,<br>v.<br><br>A. BUENO; B. BLIGH; CITY OF SAN DIEGO,<br><br>                Defendants. | Case No. 10cv450-BTM (BLM)<br><br>**ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE** |

      On August 18, 2011, Plaintiff filed a Motion for Protective Order seeking a protective order pursuant to Rules 26(c), 30(d)(3), and 30(d)(4) of the Federal Rules of Civil Procedure barring Defendants' counsel from further deposing him and seeking sanctions against Defendants. See ECF No. 42 at 2 & 4.  The Court issued a briefing schedule on August 26, 2011 requiring Defendants to respond to Plaintiff's motion on or before September 9, 2011 and Plaintiff to reply on or before September 23, 2011.  See ECF No. 44.  Defendants filed a timely opposition to Plaintiff's motion on September 9, 2011 and attempted to serve a copy of the opposition (by mail) on Plaintiff that same date.  See ECF Nos. 46 & 48.  On September 19, 2011, the envelope that Defendants mailed to Plaintiff containing a copy of the opposition was returned to them by the United States Postal Service and stamped "Return to Sender."  See ECF No. 48 at 2.  Defendants resent the opposition on September 20, 2011 and it was not returned to them.  Id.  Because Plaintiff did not receive Defendants' opposition early enough to file a timely reply, the

Court extended Plaintiff's deadline to reply to Defendants' opposition to October 14, 2011.  <u>See</u> ECF No. 49.  On October 25, 2011, the Court appointed Sanjay Bhandari, Esq. as *pro bono* counsel for Plaintiff, and on October 26, 2011, Plaintiff filed a reply to Defendants' opposition.  <u>See</u> ECF Nos. 51 at 2 & 53.  Mr. Bhandari filed a notice of substitution of counsel on November 28, 2011.  <u>See</u> ECF No. 57.

  If Mr. Bhandari wants to file a supplemental reply to Defendants' opposition, he must do so on or before **<u>December 9, 2011</u>**.  If Mr. Bhandari does file a supplemental reply, Defendants may file a sur-reply on or before **<u>December 16, 2011</u>**.  Upon completion of briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearances will be required.

  **IT IS SO ORDERED.**

DATED:  December 2, 2011

                   *[signature]*

                 BARBARA L. MAJOR
                 United States Magistrate Judge